**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roberto CARAGOL, Defendant–
Appellant.**

No. 09–13482
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 22, 2010.

Roberto Caragol, Miami, FL, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before EDMONDSON, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Gail M. Stage, appointed counsel for Roberto Caragol in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Caragol's conviction and sentence under Count One are **AFFIRMED.**